THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HENRY DIBBLE, Appellant.— Same decision and like cause of action as in *People* v. *Ryan* (27 A D 2d 698). (Appeal from judgment of Herkimer County Court convicting defendant of being a youthful offender.) Present — Bastow, J. P., Henry, Del Vecchio and Marsh, JJ.